IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00597-ZLW-MJW

FARIS BARWARY,

    Plaintiff,

v.

ALBERTO GONZALES, in his official capacity as U.S. Attorney General,
ROBERT S. MUELLER, III, in his official capacity as director of the Federal Bureau of Investigation,
MICHAEL A. CANNON, in his official capacity as Section Chief of the National Name Check Program Section of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, in his official capacity as Director of the United States Citizenship and Immigration Services, and
MARY MISCHKE, in her official capacity as Acting District Director, Denver, Colorado District Office of the United States Citizenship and Immigration Services,

    Defendants.

_____

ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulated Motion For Dismissal signed by the attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the  the Stipulated Motion For Dismissal is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own legal fees and costs.

DATED at Denver, Colorado, this   23   day of May, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court